**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**OSMAN KASHLAN**                                                                                           **PLAINTIFF**

**V.**                                              **NO. 4:06-CV-00497 GTE**

**TCBY SYSTEMS, LLC, and TCBY**
**OF JORDAN, INC.,**                                                                                    **DEFENDANTS**

### ORDER OF DISMISSAL WITH PREJUDICE

The parties have advised that they have reached an agreement to settle all issues presently before the Court. With their consent,

IT IS HEREBY ORDERED that all claims asserted in this action be, and they are hereby, DISMISSED WITH PREJUDICE. The Court hereby retains jurisdiction for a period of thirty (30) days for the sole purpose of enforcing the parties' settlement agreement.

SO ORDERED this 14st day of October, 2009.

  /s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE